**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-6121

ALFRED DONNIE MARTIN, JR.,

                Plaintiff - Appellant,

        v.

BROAD RIVER CORR. INSTITUTION; MAJOR SHARON SUTTON; PVT
JONES; INMATE RICHARD M. KOUGH,

                Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Timothy M. Cain, District Judge.
(2:13-cv-01510-TMC)

Submitted:  April 17, 2014          Decided:  April 23, 2014

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Alfred Donnie Martin, Jr., Appellant Pro Se.  Jocelyn Newman,
RICHARDSON, PLOWDEN & ROBINSON, PA, Columbia, South Carolina,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alfred Donnie Martin, Jr., appeals the district court's orders accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Martin v. Broad River Corr. Inst., No. 2:13-cv-01510-TMC (D.S.C. Nov. 19, 2013; Jan. 17, 2014). We deny Martin's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED